175 A.3d 175

JEANNE FINNEGAN, PLAINTIFF, v. INDUCTOTHERM CORP., DEFENDANT/THIRD–PARTY PLAINTIFF-RESPONDENT, v. GREENTREE FOOD MANAGEMENT, INC., THIRD-PARTY DEFENDANT/FOURTH–PARTY PLAINTIFF-PETITIONER, v. FRED DUNHOUR AND THE DUNHOUR AGENCY, FOURTH-PARTY DEFENDANTS-PETITIONERS.

C–366 September Term 2017
080086

November 29, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004267–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.